IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAQUILA GREEN,                                                                                                    PLAINTIFF

VS.                                            No. 4:20-cv-1260-KGB

HALL MANUFACTURING, LLC d/b/a
BUSH-WHACKER                                                                                              DEFENDANT

### DEFENDANT'S MOTION TO DISMISS

Defendant Hall Manufacturing, LLC d/b/a Bush-Whacker, for its motion to dismiss pursuant to sections (b)(1), (b)(5), and (b)(6) of Rule 12 of the Federal Rules of Civil Procedure, states:

1. Plaintiff's attempted service on Defendant was insufficient and the claims against it should be dismissed.

2. Further, Plaintiff's negligence claim should be dismissed because it is preempted by workers' compensation exclusivity under Arkansas law.

3. Finally, Plaintiff has failed to state a claim for intentional infliction of emotional distress under Arkansas law, and this claim should also be dismissed.

4. Accordingly, Defendant requests that the Court grant this motion and dismiss Plaintiff's Complaint with prejudice.

5. A brief in support of this motion is being filed contemporaneously, and is adopted and incorporated herein. Fed. R. Civ. P. 10(c).

-2-

        Eva C. Madison (98183)
        Maggie Benson (2015077)
        LITTLER MENDELSON, P.C.
        217 E. Dickson Street, Suite 204
        Fayetteville, AR 72701
        Telephone: 479.582.6100
        emadison@littler.com
        mbenson@littler.com

        Attorneys for Defendant Hall
        Manufacturing, LLC d/b/a Bush-Whacker

4839-7322-1074.1 107413.1002