IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAQUILA GREEN**                                                                                                              **PLAINTIFFS**

v.                              **Case No. 4:20-cv-1260-KGB**

**HALL MANUFACTURING, LLC d/b/a**
**BUSH-WHACKER**                                                                                                            **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal (Dkt. No. 35). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 35). The Court denies as moot plaintiff's motion to compel defendant responses to plaintiff's interrogatories and requests for production and statement pursuant to Local Rule 7.2(g) (Dkt. No. 28). The action is dismissed with prejudice, with each party to bear its own costs.

It is so ordered, this 13th day of June, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge